IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02993-PAB-KLM

HOWARD M. WATTS, JR.,

    Plaintiff,

v.

DOUGLAS SHULMAN, Commissioner IRS,
MICHAEL ASTRUE, Commissioner SSA,
CAROLYN SIMMONS, Associate Commissioner,
ANNETTE STREETER, Appeals Area Director, IRS,
J. TRUJILLO, Collections Agent, IRS, and
ELLEN DEMITRE, Tax Payer Advocate, IRS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Commence Service of Process** [Docket No. 18; Filed February 19, 2013] (the "Motion").  Plaintiff requests in the Motion that Defendant Astrue be served with process while he is still Commissioner of the Social Security Administration.

    Upon review of the docket, it appears that Plaintiff has not provided service addresses for at least four Defendants.  The Amended Complaint contains addresses for only two Defendants, one of which is incomplete.  *See* [#7] at 2.  Without service addresses, the United States Marshals Service (USMS) is unable to serve Defendants with process.  Defendant Astrue happens to be the one Defendant for whom a complete address is provided in the Amended Complaint.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**.  The Clerk of Court shall direct the USMS to initiate service of process upon Defendant Astrue by using the address provided in the Amended Complaint [#7].

    IT IS FURTHER **ORDERED** that Plaintiff shall provide to the Clerk of the Court a complete service address for each of the remaining five Defendants **no later than April 30, 2013**.  Failure to comply with this Order may result in the dismissal of these Defendants.

    Dated:  April 1, 2013